```
                                    FILED
                                GREAT FALLS DIV.
                              '07 MAY 4 AM 9 20
                              PATRICK E. DUFFY, CLERK
                              BY _____
                                    DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| CLIFFORD TRUDEAU,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARAMARK CORRECTIONS; COUNTY OF CASCADE, DBA C.C.R.P.; STATE OF MONTANA, DEPARTMENT OF CORRECTIONS; MONTANA CORRECTIONAL ENTERPRISES,<br><br>　　　　　　Defendants. | No. CV 07-07-GF-SEH<br><br>**ORDER** |

On April 10, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 22.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Temporary Restraining Order[2] is DENIED.

2. Plaintiff's Second Amended[3] complaint is DISMISSED WITH PREJUDICE.

3. The docket should reflect that Plaintiff's filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

4. Any appeal from this action would be taken in bad faith.

The Clerk of Court is directed to enter judgment accordingly.

DATED this  4th  day of May, 2007.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 19.

[3] Docket No. 18.